**Scotty A. WILLIAMS, Appellant,**

v.

**UNITED STATES, Appellee.**

**Nos. 81–928, 81–929.**

District of Columbia Court of Appeals.

Argued May 16, 1984.

Decided Jan. 18, 1985.

Sebastian K.D. Graber, Alexandria, Va., for appellant.

Judith Hetherton, Asst. U.S. Atty., Washington, D.C. with whom Joseph E. diGenova, U.S. Atty. and Michael W. Far-

 

rell, Asst. U.S. Atty., Washington, D.C., were on brief, for appellee.

John P. Dwyer, Washington, D.C. with whom James Klein, Washington, D.C. was on brief, for amicus curiae Public Defender Service.

Before PRYOR, Chief Judge, and NEBEKER, MACK, NEWMAN, FERREN, BELSON, and ROGERS, Associate Judges, and PAIR and KERN,* Associate Judges, Retired.

* Judge KERN was an *Associate Judge* of the court at the time of argument. His status changed to *Associate Judge, Retired,* on May 25, 1984. He did not participate in the decision of this case.

## ORDER

PER CURIAM

It is ORDERED AND ADJUDGED that the judgment on appeal is affirmed by an evenly divided court.

*So Ordered.*